# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600353**

———————————————

**UNITED STATES OF AMERICA**
Appellee

v.

**LORENZO GONZALES**
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Keith A. Parrella, USMC.
Convening Authority: Commanding Officer, Marine Raider Regiment, U.S. Marine Corps Forces, Special Operations Command, Camp Lejuene, NC.
Staff Judge Advocate's Recommendation: Captain Bret A. White, USMC.
For Appellant: Commander Brian L. Mizer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 7 February 2017

———————————————

Before CAMPBELL, HUTCHISON, and BELSKY, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TRIDL
Clerk of Court